| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | MICHELLE A. PRINCE |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

FILED
DEC 15 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiff, ) D.C. NO. 2:11-CR-518 MCE
    v. ) APPLICATION AND ORDER
         ) FOR UNSEALING INDICTMENT
WILLIAM RICHTER, )
        Defendant. )

On December 8, 2011, the indictment was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed. The government respectfully requests that the indictment be unsealed.

DATED: December 15, 2011        BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/Michelle A. Prince
                                                MICHELLE A. PRINCE
                                                Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: December 15, 2011

HON. KENDALL J. NEWMAN
U.S. Magistrate Judge