1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   WILLIAM RICHTER

7

8

9

10               IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13 UNITED STATES OF AMERICA,    )  No. 2:11-CR-00518-MCE
                                )
14          Plaintiff,           )
                                )  **STIPULATION AND ORDER TO**
15     v.                       )  **CONTINUE STATUS CONFERENCE AND**
                                )  **EXCLUDE TIME**
16 WILLIAM RICHTER,             )
                                )
17          Defendant.          )  Date: January 26, 2012
                                )  Time: 9:00 a.m.
18 _____  )  Judge: Hon. Morrison C. England

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United

21 States of America, and defendant, William Richter, that the status

22 conference scheduled for January 26, 2012, may be continued to

23 March 1, 2012, at 9:00 a.m.

24     The government has yet to provide discovery but expects to do

25 so shortly.  Defense counsel will then need time to review it with

26 Mr. Richter and to plan a course of action.  The parties therefore

27 agree that the interests of justice to be served by a continuance

28 outweigh the best interests of the parties in a speedy trial.

                                1

The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on March 1, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: January 20, 2012  /s/ T. Zindel for M. Prince
MICHELLE PRINCE
Assistant U.S. Attorney

DANIEL J. BRODERICK
Federal Defender

Dated: January 20, 2012  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Mr. Richter

**O R D E R**

The status conference is continued to March 1, 2012, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated: January 23, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE