```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    WILLIAM RICHTER
 7

 8

 9

10               IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,    )  No. 2:11-CR-00518-MCE
                                 )
14          Plaintiff,           )
                                 )  STIPULATION AND ORDER TO
15     v.                        )  CONTINUE STATUS CONFERENCE AND
                                 )  EXCLUDE TIME
16  WILLIAM RICHTER,             )
                                 )
17          Defendant.           )  Date:  March 28, 2012
                                 )  Time:  9:00 a.m.
18  _____)  Judge: Hon. Morrison C. England

19
```

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United

21 States of America, and defendant, William Richter, that the status

22 conference scheduled for March 28, 2012, may be continued to May

23 10, 2012, at 9:00 a.m.

24      The government has provided discovery.  Defense counsel needs

25 additional time to review discovery with Mr. Richter and to plan a

26 course of action.  The parties therefore agree that the interests

27 of justice to be served by a continuance outweigh the best

28 interests of the parties in a speedy trial.

1

The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on May 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated: March 28, 2012          */s/ T. Zindel for M. Prince*
                                                MICHELLE PRINCE
                                                Assistant U.S. Attorney

                                                DANIEL J. BRODERICK
                                                Federal Defender

Dated: March 28, 2012          */s/ T. Zindel*
                                                TIMOTHY ZINDEL
                                                Assistant Federal Defender
                                                Attorney for Mr. Richter

## **O R D E R**

The status conference is continued to May 10, 2012, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

    IT IS SO ORDERED.

Dated: March 29, 2012

                                                _____
                                                MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE