1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   WILLIAM RICHTER

7

8

9

10             IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,      )   No. 2:11-CR-0518 MCE
                                   )
14            Plaintiff,           )
                                   )   **STIPULATION AND ORDER TO**
15       v.                        )   **CONTINUE STATUS CONFERENCE AND**
                                   )   **EXCLUDE TIME**
16  WILLIAM RICHTER,               )
                                   )
17            Defendant.           )   Date:  May 10, 2012
                                   )   Time:  9:00 a.m.
18  _____  )   Judge: Hon. Morrison C. England

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United

21  States of America, and defendant, William Richter, that the status

22  conference scheduled for May 10, 2012, may be continued to June 28,

23  2012, at 9:00 a.m.

24       Defense counsel seeks additional time to perform a forensic

25  review of computer materials seized from Mr. Richter and to

26  evaluate those results.  The parties therefore agree that the

27  interests of justice to be served by a continuance outweigh the

28  best interests of the parties in a speedy trial.

                                   1

The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on June 28, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: May 4, 2012                  */s/ T. Zindel for M. Prince*
                                    MICHELLE PRINCE
                                    Assistant U.S. Attorney

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: May 4, 2012                  */s/ T. Zindel*
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for Mr. Richter

                              **O R D E R**

     The status conference is continued to June 28, 2012, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

     IT IS SO ORDERED.

DATED: May 8, 2012

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

                                    2