DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM RICHTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:11-CR-0518 MCE |
| Plaintiff, ) | STIPULATION AND [PROPOSED ORDER] FOR PROTECTIVE ORDER REGARDING DEFENSE FORENSIC COMPUTER EXAMINATION |
| v. ) | |
| WILLIAM RICHTER, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Michelle Prince, Assistant United States Attorney, attorney for Plaintiff, and Timothy Zindel, Assistant Federal Defender, attorney for Mr. Richter, as follows.

The parties ask the Court to approve the following proposed protective order governing the defense expert's forensic examination of computer data seized in this case.

In order to advise the defendant adequately, the defense case requires a forensic evaluation by a knowledgeable expert of computer hardware and other material the government alleges contain images of child pornography. The parties have agreed that the attached proposed

order should govern the defense examination of the computer media. They ask the Court to approve the proposed order.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: June 7, 2012                 /s/ Timothy Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for WILLIAM RICHTER

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: June 7, 2012                 /s/ T. Zindel for M. Prince
                                        MICHELLE PRINCE
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

Pursuant to the parties' agreement, the Court approves the attached protective order.

IT IS SO ORDERED.

Dated: June 7, 2012                 _/s/ Dale A. Drozd_
                                        HON. DALE A. DROZD
                                        United States Magistrate Judge