```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    WILLIAM RICHTER
 7

 8

 9

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,   )   No. 2:11-CR-0518 MCE
                                )
14              Plaintiff,      )
                                )   STIPULATION AND ORDER TO
15       v.                     )   CONTINUE STATUS CONFERENCE AND
                                )   EXCLUDE TIME
16  WILLIAM RICHTER,            )
                                )
17              Defendant.      )   Date:  August 23, 2012
                                )   Time:  9:00 a.m.
18  _____)   Judge: Hon. Morrison C. England

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United

21  States of America, and defendant, William Richter, that the status

22  conference scheduled for August 23, 2012, may be continued to

23  October 18, 2012, at 9:00 a.m.

24       Defense counsel has yet to complete its forensic review of

25  computer materials seized from Mr. Richter and to evaluate those

26  results.  The parties therefore agree that the interests of justice

27  to be served by a continuance outweigh the best interests of the

28  parties in a speedy trial.

                                   1
```

The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on October 18, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: August 21, 2012         /s/ T. Zindel for M. Prince
                               MICHELLE PRINCE
                               Assistant U.S. Attorney


                               DANIEL J. BRODERICK
                               Federal Defender

Dated: August 21, 2012         /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for Mr. Richter

///
///
///

2

**O R D E R**

The status conference is continued to October 18, 2012, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated: August 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3