1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   WILLIAM RICHTER

7

8

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,     )   No. 2:11-CR-00518-MCE
                                  )
14            Plaintiff,          )
                                  )   **STIPULATION AND ORDER TO**
15       v.                       )   **CONTINUE STATUS CONFERENCE AND**
                                  )   **EXCLUDE TIME**
16  WILLIAM RICHTER,              )
                                  )
17            Defendant.          )   Date: October 18, 2012
                                  )   Time: 9:00 a.m.
18  _____)   Judge: Hon. Morrison C. England

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United

21  States of America, and defendant, William Richter, that the status

22  conference scheduled for October 18, 2012, may be continued to

23  December 13, 2012, at 9:00 a.m.

24       Defense counsel has yet to complete its forensic review of

25  computer materials seized from Mr. Richter and to evaluate those

26  results.  The parties therefore agree that the interests of justice

27  to be served by a continuance outweigh the best interests of the

28  parties in a speedy trial.

                              1

The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on December 13, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  October 15, 2012     /s/ T. Zindel for M. Prince
                            MICHELLE PRINCE
                            Assistant U.S. Attorney


                            DANIEL J. BRODERICK
                            Federal Defender

Dated:  October 15, 2012     /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for Mr. Richter

///

///

///

**O R D E R**

The status conference is continued to December 13, 2012, at 9:00 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated: October 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3