```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    WILLIAM RICHTER
 7
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-00518 MCE |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| v. | ) **CONTINUE STATUS CONFERENCE AND** |
| | ) **EXCLUDE TIME** |
| WILLIAM RICHTER, | ) |
| Defendant. | ) Date: January 24, 2013 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Richter, that the status conference scheduled for January 24, 2013, may be continued to February 7, 2013, at 9:00 a.m.

Defense counsel has additional questions for the forensic technician who is reviewing computer materials seized from Mr. Richter. In the meantime, the parties have begun moving towards a resolution. To afford time to complete these tasks, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of the parties in a speedy trial.

The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on February 7, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    Respectfully submitted,

    BENJAMIN B. WAGNER
    United States Attorney

Dated: January 18, 2013    */s/ T. Zindel for M. Prince*
    MICHELLE PRINCE
    Assistant U.S. Attorney

    JOSEPH SCHLESINGER
    Acting Federal Defender

Dated: January 18, 2013    */s/ T. Zindel*
    TIMOTHY ZINDEL
    Assistant Federal Defender
    Attorney for Mr. Richter

**O R D E R**

The status conference is continued to February 7, 2013, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated: January 23, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE