```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    WILLIAM RICHTER
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  Case No. 2:11-CR-00518 MCE
                                 )
13          Plaintiff,           )
                                 )  **STIPULATION AND ORDER TO**
14      v.                       )  **CONTINUE STATUS CONFERENCE AND**
                                 )  **EXCLUDE TIME**
15  WILLIAM RICHTER,             )
                                 )
16          Defendant.           )  Date:  February 7, 2013
                                 )  Time:  9:00 a.m.
17  _____ )  Judge: Hon. Morrison C. England

18
```

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United

20  States of America, and defendant, William Richter, that the status

21  conference scheduled for February 7, 2013, may be continued to

22  March 14, 2013, at 9:00 a.m.

23      Defense counsel has additional questions for the forensic

24  technician who is reviewing computer materials seized from Mr.

25  Richter.  In the meantime, the parties have begun moving towards a

26  resolution.  To afford time to complete these tasks, the parties

27  agree that the interests of justice to be served by a continuance

28  outweigh the best interests of the parties in a speedy trial.  The

                                    1

parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on March 14, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: February 5, 2013   */s/ T. Zindel for M. Prince*
MICHELLE PRINCE
Assistant U.S. Attorney

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: February 5, 2013   */s/ T. Zindel*
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Mr. Richter

**ORDER**

The status conference is continued to March 14, 2013, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated: February 13, 2013

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE